Christopher Michael **FRAZIER**,
Appellant

v.

**COMMISSIONER OF INTERNAL REVENUE SERVICE**,
Appellee.

No. 06–1040.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 18, 2007.

Rehearing Denied Jan. 8, 2008.

Christopher Michael Frazier, New York, NY, pro se.

Robert Leslie Baker, Sara Ann Ketchum, Thomas J. Clark, Attorney, Richard Thane Morrison, U.S. Department of Justice, Washington, DC, for Appellee.

BEFORE: GINSBURG, Chief Judge, and HENDERSON and TATEL, Circuit Judges.

***JUDGMENT***

PER CURIAM.

This appeal was considered on the record from the United States Tax Court and on the briefs and supplement filed by the parties. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the decision of the United States Tax Court filed October 14, 2005, be affirmed. Appellant has not identified any error in the Tax Court's holding that the Commissioner of Internal Revenue had not abused his discretion in ordering a levy on appellant's assets.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.